UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LESANN MCENROE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　Defendant. | No. CV-09-5053-LRS<br><br>**ORDER** |

BEFORE THE COURT is Plaintiff's Motion to Quash and for Protective Order (Ct. Rec. 39), filed on May 10, 2010; Defendant's Motion for Waiver of Page Limitations (Ct. Rec. 47); and Defendant's Motion for Protective Order (Ct. Rec. 50). A telephonic hearing was held July 15, 2010. Plaintiff participated *pro se*; and Kevin Hamilton participated on behalf of the Defendant. The Court having considered the oral and written argument of counsel, enters this Order to memorialize the oral rulings of the Court. Accordingly,

IT IS ORDERED that:

1. Plaintiff's Motion to Quash and for Protective Order, Ct. Rec. 39, filed on May 10, 2010, is DENIED in part and GRANTED in part. The Court denies plaintiff's request to quash Defendant's subpoenas for medical-related records. As to the request for a protective order, the Court grants such a request. The proposed Protective Order submitted by Defendant in Defendant's Motion for Protective Order is hereby approved.

2. Defendant's Motion for Waiver of Page Limitations, Ct. Rec. 47, is

**ORDER - 1**

1  GRANTED.
2      3.   Defendant's Motion for Protective Order, Ct. Rec. 50, is GRANTED.
3      IT IS SO ORDERED.
4      The District Court Executive is directed to file this Order and provide
5  copies to counsel and to Ms. McEnroe.
6      DATED this 16th day of July, 2010.

                                *s/Lonny R. Suko*
                        _____
                               LONNY R. SUKO
                        CHIEF U.S. DISTRICT JUDGE

**ORDER - 2**