AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

LESANN MCENROE,

        Plaintiff,

        v.

MICROSOFT CORPORATION, a Washington State corporation,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-5053-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant and all remaining claims in Plaintiff's Amended Complaint are dismissed with prejudice pursuant to the Order Granting Defendant's Motion for Summary Judgment entered on November 18, 2010, Ct. Rec. 135.

| | |
|---|---|
| November 18, 2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |